GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William M. Williamson,<br><br>        Plaintiff,<br><br>v.<br><br>LexisNexis Risk Solutions Inc.,<br><br>        Defendant. | Case No. 2:20-cv-00146-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiff William M. Williamson ("Plaintiff"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed his Complaint on January 22, 2020.

2. Defendant was served with the Complaint on January 27, 2020.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is February 17, 2020.

4. The undersigned counsel for Defendant was recently retained and continues to review the allegations in Plaintiff's Complaint. Therefore, Defendant requests additional time, up to and including March 18, 2020, to formulate a response to Plaintiff's Complaint.

5. Plaintiff consents to the requested extension.

6. This is the first request by Defendant seeking such extension.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including March 18, 2020 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: February 12, 2020.

/s/ *Matthew Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 S Fort Apache Rd, Suite 30
Las Vegas, Nevada 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com

/s/ *Gary E. Schnitzer*
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*LexisNexis Risk Solutions Inc.*

Miles N Clark
Knepper & Clark LLC
5510 So. Fort Apache Rd
Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
Email: miles.clark@knepperclark.com
*Attorney for Plaintiff,*
*William M. Williamson*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated this 13th day of February, 2020