Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
EFax: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. WILLIAMSON, | Case No. 2:20-cv-00146-JCM-VCF |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | Complaint filed: January 22, 2020 |
| LEXISNEXIS RISK SOLUTIONS INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff William Williamson ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc., ("Lexis") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

There are no longer any issues in this matter between Plaintiff and Lexis to be determined by the Court, and Lexis is the only remaining defendant. Plaintiff hereby stipulates that all of his claims and causes of action against Lexis, which were or could have been the subject matter of

this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.
    DATED: August 13, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq., SBN 12796 <br> Miles N. Clark, Esq., SBN 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> **FREEDOM LAW FIRM** <br> George H. Haines, Esq., 9411 <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV 89123 <br> Email: ghaines@freedomlegalteam.com <br><br> *Counsel for Plaintiff* | /s/ *Gary E. Schnitzer* <br> Gary E. Schnitzer, Esq., SBN 395 <br> 8985 S. Eastern Ave., Suite 200 <br> Las Vegas, NV 89123 <br> Email: gschnitzer@ksjattorneys.com <br><br> *Counsel for Defendant* <br> *LexisNexis Risk Solutions Inc.* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF

## LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 14, 2020.